B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–22795**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Anna M. Moretti
 870 Mill St.
 Elgin, IL 60123

Social Security / Individual Taxpayer ID No.:
 xxx–xx–7278

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

 It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                    FOR THE COURT

Dated: September 26, 2011                           Kenneth S. Gardner, Clerk
                                                    United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                Case No. 11-22795-MB
Anna M. Moretti                                                       Chapter 7
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 26, 2011
                               Form ID: b18                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
db           +Anna M. Moretti,    870 Mill St.,    Elgin, IL 60123-5350
17344421     +Advance Me, Inc.,    C/O Stein & Rotman,    105 W. Madison, Ste. 600,    Chicago, IL 60602-4672
17344423     +Alexian Brothers,    1650 Moonlake Blvd.,    Hoffman Estates, IL 60169-1010
17344428     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17344430     +Blitt & Gaines, P.C.,    661 Glenn Ave.,    Wheeling, IL 60090-6017
17344432     +Capital One, N.a.,    Po Box 30273,    Salt Lake City, UT 84130-0273
17344434     +Credit Management Cont,    Po Box 1654,    Green Bay, WI 54305-1654
17344437     +Elgin Academy,    350 Park St.,    Elgin, IL 60120-4471
17344420     +Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
17344439     +Harris And Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
17344419     +Moretti Anna M,    870 Mill St,    Elgin, IL 60123-5350
17344446     +Nationwide Credit,    2015 Vaughn Rd., Bldg 400,    Kennesaw, GA 30144-7802
17344447      Sear's,    183081,    Columbus, OH   43218
17344442    ++TIME PAYMENT CORP,    16 NEW ENGLAND EXECUTIVE PARK,    STE 200,    BURLINGTON MA 01803-5222
              (address filed with court: Leasecomm,      950 Winter St,    Waltham, MA   02451)
17344451     +Weltman, Weinberg & Reis Co., LPA,    180 N. LaSalle St., Ste. 2400,    Chicago, IL 60601-2704
17344452      West Asset,    2703 W Highway 75,    Sherman, TX  75092

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +EDI: BJEGIERUM.COM Sep 27 2011 01:33:00      John E Gierum,    Gierum & Mantas,
               9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
tr           +EDI: QRASAFANDA.COM Sep 27 2011 01:33:00      Roy Safanda,    Safanda Law Firm,
               111 East Side Drive,    Geneva, IL 60134-2402
17344425      EDI: HNDA.COM Sep 27 2011 01:33:00      American Honda Finance,    2170 Point Blvd,
               Elgin, IL  60123
17344422     +EDI: AFNIRECOVERY.COM Sep 27 2011 01:33:00      Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
17344424      EDI: AMEREXPR.COM Sep 27 2011 01:33:00      American Express,    Box 0001,
               Los Angeles, CA 90096-0001
17344426     +E-mail/Text: ACF-EBN@acf-inc.com Sep 27 2011 02:05:00      Atlantic Crd,    P O Box 13386,
               Roanoke, VA 24033-3386
17344427     +E-mail/Text: ACF-EBN@acf-inc.com Sep 27 2011 02:05:00      Atlantic Credit & Finance, Inc.,
               P.O. Box 13386,    Roanoke, VA 24033-3386
17422986     +EDI: ATLASACQU.COM Sep 27 2011 01:33:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
17344429      EDI: BANKAMER.COM Sep 27 2011 01:33:00      Bank Of America,    4161 Piedmont Pkwy,
               Greensboro, NC 27410-8119
17344431      EDI: CAPITALONE.COM Sep 27 2011 01:33:00      Capital One,    P.O. Box 6492,
               Carol Stream, IL  60197-6492
17344433     +EDI: CHASE.COM Sep 27 2011 01:33:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17344435     +E-mail/Text: clerical.department@yahoo.com Sep 27 2011 02:05:01       Creditors Collection B,
               755 Almar Pkwy,    Bourbonnais, IL 60914-2393
17344436     +EDI: TSYS2.COM Sep 27 2011 01:33:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
17344438     +EDI: GMACFS.COM Sep 27 2011 01:33:00      G M A C,    15303 S 94th Ave,
               Orland Park, IL 60462-3825
17344440     +E-mail/Text: bkynotice@harvardcollect.com Sep 27 2011 02:04:48       Harvard Collection,
               4839 N Elston Ave,    Chicago, IL 60630-2589
17344441     +EDI: HFC.COM Sep 27 2011 01:33:00      Hsbc/carsn,    P.O. Box 17264,    Baltimore, MD 21297-1264
17344443     +EDI: RESURGENT.COM Sep 27 2011 01:33:00      Lvnv Funding Llc,    Po Box 740281,
               Houston, TX 77274-0281
17344444     +EDI: MID8.COM Sep 27 2011 01:33:00      Midland Credit Mgmt,    8875 Aero Dr,
               San Diego, CA 92123-2255
17344445     +Fax: 847-227-2151 Sep 27 2011 03:48:08      Mrsi,    2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
17344448     +EDI: WTRRNBANK.COM Sep 27 2011 01:33:00      Target N.b.,    Po Box 673,
               Minneapolis, MN 55440-0673
17344449     +EDI: CITICORP.COM Sep 27 2011 01:33:00      Thd/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
17344450     +EDI: AFNIVZWIRE.COM Sep 27 2011 01:33:00      Verizon Wireless/great,    1515 Woodfield Rd Ste140,
               Schaumburg, IL 60173-6046
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: admin              Page 2 of 2           Date Rcvd: Sep 26, 2011
                              Form ID: b18             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                    **Signature:** _Joseph Speetjens_